UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN DODD, | ) |
| | ) NO.  CV-09-3116-LRS |
| Plaintiff, | ) |
| | ) |
| -vs- | ) ORDER OF DISMISSAL |
| | ) |
| HIGH DESERT POWDER, INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties entered a "Stipulation and Order of Dismissal" on July 15, 2010, which was filed with the Court on July 16, 2010 (Ct. Rec. 8).  Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice and without costs or fees to either party pursuant to the stipulation.

The District Court Executive is directed to enter this Order, provide copies to counsel, and CLOSE THE FILE in this matter.

**DATED** this 22nd day of July, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL